# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 17-22190-GLT |
| William R. Gormley, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| William R. Gormley, ) | |
| ) | Related to Document No. |
| Movant, ) | |
| v. ) | Hearing Date and Time: |
| ) | |
| Specialized Loan Servicing, LLC, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Loss Mitigation Order dated August 25, 2017 on the following parties at the addresses listed below on August 25, 2017, via electronic mail and/or first class mail postage prepaid:

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Attorney for Bank of New York,*
*Serviced by Specialized Loan Servicing*

Specialized Loan Servicing LLC
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO 80129

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:   August 25, 2017                By:      /s/Amy L. Zema
                                                Amy L. Zema, Esquire
                                                PA ID 74701
                                                2366 Golden Mile Hwy., #155
                                                Pittsburgh, PA 15239
                                                (412) 744-4450
                                                amy@zemalawoffice.com