# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 17-22190-GLT |
| William R. Gormley, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| William R. Gormley, ) | |
| ) | Related to Document No. |
| Movant, ) | |
| v. ) | Hearing Date and Time: |
| ) | |
| Specialized Loan Servicing, LLC, ) | |
| ) | |
| Respondent. ) | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that on November 14, 2017, I served the Interim Mortgage Modification Order Document No. 39, via electronic mail to the Chapter 13 Trustee at LMP@chapter13trusteewdpa.com.


Date:   November 14, 2017          By:    /s/Amy L. Zema
                                          Amy L. Zema, Esquire
                                          PA ID 74701
                                          2366 Golden Mile Hwy., #155
                                          Pittsburgh, PA 15239
                                          (412) 744-4450
                                          amy@zemalawoffice.com