IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22190-GLT |
| WILLIAM R. GORMLEY, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| WILLIAM R. GORMLEY, | : | |
|     Movant | : | |
| v. | : | Document No. |
| | : | |
| NO RESPONDENTS, | : | Related to Document No. |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 14, 2017, via first class mail postage prepaid:

**United States Steel Corporation, Payroll Department, 600 Grant Street, Pittsburgh, PA 15219**

Executed on:   November 14, 2017

                                                          s/Amy L. Zema
                                                         Amy L. Zema, Esquire
                                                         PA ID 74701
                                                         2366 Golden Mile Highway, #155
                                                         Pittsburgh, PA 15239
                                                         412-744-4450
                                                         *Attorney for Debtor*