# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | WILLIAM R. GORMLEY |
| **Case Number:** | 17-22190-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 07, 2017 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/8/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#6 - Final Confirmation of Plan Dated 5/25/2017 (NFC)
R / M #:  6 / 0

### *Appearances:*

Debtor: Zema

Trustee: Winnecour / ~~Bedford~~ / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  5-10-18  at  10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/1/2017    3:06:30PM