# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | WILLIAM R. GORMLEY |
| **Case Number:** | 17-22190-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#6 - Continued Confirmation of Plan Dated 5/25/2017 (NFC)
R / M #:  6 / 0

### *Appearances:*

Debtor: Zema
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: SLS : Wambaxt

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Trustee requests dismissal. Debtor is deceased. Debtor attorney agrees to dismissal.