Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William R. Gormley** | : | Case No. 17−22190−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 5/10/2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 11th of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-22190-GLT
William R. Gormley                                                  Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: May 11, 2018
                              Form ID: 309                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             #+William R. Gormley,    1108 Monroe Avenue,    McKeesport, PA 15133-3833
14633069        +Angel Gormley,    705 Gray Street,    McKeesport, PA 15133-3211
14633070       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,     21210 Erwin St.,    Woodland Hills, CA 91367)
14633075        +Daniel J. Capecci, Esquire,    Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                  PO Box 5054,    Mount Laurel, NJ 08054-5054
14633078        +Peoples Gas,    PO box 644760,    Pittsburgh, PA 15264-4760
14661873        +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14633079        +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
14647065        +The BNYM Trust Company, NA, Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,     Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14633071        +E-mail/Text: bankruptcy@usecapital.com May 12 2018 01:39:23     Capital Accounts, LLC,
                  PO box 140065,    Nashville, TN 37214-0065
14633072        +EDI: CAPITALONE.COM May 12 2018 05:18:00      Capital One Bank,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
14633073        +EDI: CHASE.COM May 12 2018 05:18:00     Chase Bank USA,    PO Box 15298,    Wilmington 19850-5298
14633074        +EDI: CONVERGENT.COM May 12 2018 05:19:00      Convergent Outsourcing, Inc.,    800 SW 39th St.,
                  Renton, WA 98057-4975
14633076        +E-mail/Text: kburkley@bernsteinlaw.com May 12 2018 01:39:12      Duquesne Light Co.,
                  411 Seventh Avenue,    Mail Drop 16-1,    Pittsburgh, PA 15219-1942
14645020         E-mail/Text: camanagement@mtb.com May 12 2018 01:38:09      M&T BANK,    PO BOX 1288,
                  Buffalo, NY 14240
14633077         E-mail/Text: camanagement@mtb.com May 12 2018 01:38:09      M&T Bank,    PO Box 900,
                  Millsboro, DE 19966
14695190         EDI: PRA.COM May 12 2018 05:18:00     Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14663525        +EDI: AIS.COM May 12 2018 05:18:00     Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14633080        +EDI: VERIZONCOMB.COM May 12 2018 05:19:00      Verizon,    500   Technology Dr., Ste. 300,
                  412372157, MO 63304-2225
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              M&T BANK
cr              Specialized Loan Servicing LLC, as servicer for Th
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                       TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: May 11, 2018
                              Form ID: 309            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor William R. Gormley amy@zemalawoffice.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
               Company, N.A. as successor to JPMorgan Chase Bank, as Tru bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```