**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM R. GORMLEY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:17-22190 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/25/2017  and confirmed on 08/21/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,435.10 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,435.10 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,563.09 | |
|    Trustee Fee | 146.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,709.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T MORTGAGE CORP*/M&T BANK <br>     Acct: 5587 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON TRUST CO- <br>     Acct: 8193 | 1,415.77 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON TRUST CO- <br>     Acct: 8193 | 43,315.53 | 0.00 | 1,415.77 | 1,415.77 |
| | | | | 1,415.77 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILLIAM R. GORMLEY <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMY L ZEMA ESQ <br>     Acct: | 3,250.00 | 1,563.09 | 0.00 | 0.00 |
|   AMY L ZEMA ESQ <br>     Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
|   DOMESTIC RELATIONS OBLIGATION <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-22190 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| CAINE AND WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1067 | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8216 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,273.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9032 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3646 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5640 | | | | |
| CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4035 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6064 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6064 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3213 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 724.90 | 0.00 | 0.00 | 0.00 |
| Acct: 4300 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 141.31 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 80.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9151 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 268.21 | 0.00 | 0.00 | 0.00 |
| Acct: 9158 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 318.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7985 | | | | |
| PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANGEL GORMLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                       1,725.77

TOTAL CLAIMED
PRIORITY              310.00
SECURED            44,731.30
UNSECURED           4,806.80

Date: 06/20/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com